Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
JEFFREY E. LEVINE, ESQ. (SBN 255862)
ATHENA S. BUDAC, ESQ. (SBN 355078)
3638 American River Drive
Sacramento, California 95864
Telephone:     (916) 978-3434
Facsimile:      (916) 978-3430
jlevine@mathenysears.com
abudac@mathenysears.com

Attorneys for Defendant, FALCON CRITICAL
CARE TRANSPORT, LLC and VIRGIL FARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, deceased; and LAURA CASA FRIER, individually and as successor in interest to MICHAEL FRIER, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; FALCON CRITICAL CARE TRANSPORT, LLC; OFFICER BARNHART (BADGE # 23032); VIRGIL FARRIS; CYRUS GHORBANI; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.  5:26-cv-1367-EKL<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |

Pursuant to Northern District of California Local Rules 6-1, Plaintiffs KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, LAURA CASA FRIER, individually and as successor in interest to MICHAEL FRIER on the one hand, and Defendants FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS on the other, hereby stipulate as follows:

Whereas, Plaintiffs filed this Action in the Superior Court for the State of California, County of Santa Clara December 10, 2025; and

Whereas, Defendant FALCON CRITICAL CARE TRANSPORT, LLC was served with

1  the Summons and Complaint on February 3, 2026; and

2  Whereas, Defendant VIRGIL FARRIS was served with the Summons and Complaint on
3  February 10, 2026, and

4  Whereas, this matter was removed to this Court on February 13, 2026, by the State of
5  California Defendants; and

6  Whereas, FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS did not
7  initially get notice of the Federal Court Removal because they had not yet appeared in the State
8  Court Action; and

9  Whereas, FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS need
10 additional time to investigate the facts and circumstances set forth in the complaint in order to
11 adequately respond to the Complaint in this Court; and

12 Whereas, Plaintiffs KENNETH FRIER, individually and as successor in interest to
13 MICHAEL FRIER, LAURA CASA FRIER, individually and as successor in interest to MICHAEL
14 FRIER and Defendants FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS
15 have agreed to an extension of time for FALCON CRITICAL CARE TRANSPORT, LLC and
16 VIRGIL FARRIS to file a response to the Complaint, until March 10, 2026.

17 Therefore, C KENNETH FRIER, individually and as successor in interest to MICHAEL
18 FRIER, LAURA CASA FRIER, individually and as successor in interest to MICHAEL FRIER and
19 Defendants FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS hereby
20 stipulate to an extension of time for Defendants to file a response to the Complaint until March 10,
21 2026.

22 IT IS SO STIPULATED.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

Dated: February 20, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Hang D. Le*
HANG D. LE, ESQ.,
Attorney for Plaintiffs KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, LAURA CASA FRIER, individually and as successor in interest to MICHAEL FRIER

Dated: February 20, 2026

**MATHENY SEARS LINKERT & JAIME, LLP**

By: /s/ *Jeffrey E. Levine*
JEFFREY E. LEVINE, ESQ.
Attorney for Defendants, FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS

*STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING*