Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
JEFFREY E. LEVINE, ESQ. (SBN 255862)
ATHENA S. BUDAC, ESQ. (SBN 355078)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430
jlevine@matheysears.com
abudac@matheysears.com

Attorneys for Defendant, FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, deceased; and LAURA CASA FRIER, individually and as successor in interest to MICHAEL FRIER, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; FALCON CRITICAL CARE TRANSPORT, LLC; OFFICER BARNHART (BADGE # 23032); VIRGIL FARRIS; CYRUS GHORBANI; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.  5:26-cv-1367-EKL<br><br>**DEFENDANTS FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS' CONSENT AND JOINDER IN REMOVAL** |

Defendants FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS hereby do consent to Defendants STATE OF CALIFORNIA AND OFFICER BARNHART'S removal to this Court from the Superior Court of California in and for the County of Santa Clara entitled *Kenneth Frier et al v. State of California et al*, Case No. 25CV481925.

///

///

///

///

1 | Dated: February 20, 2026        **MATHENY SEARS LINKERT & JAIME, LLP**

By: /s/ *Jeffrey E. Levine*
JEFFREY E. LEVINE, ESQ., Attorney for Defendants, FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

2

*DEFENDANTS FALCON CRITICAL CARE TRANSPORT, LLC and VIRGIL FARRIS' CONSENT AND JOINDER IN REMOVAL*