UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FRIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 5:26-cv-01367-EKL<br><br>**CASE MANAGEMENT &<br>SCHEDULING ORDER** |

On June 10, 2026, the parties appeared before Judge Eumi K. Lee for a case management conference. The Court ORDERS as follows:

(1)     The parties shall comply with this Court's standing orders, which are available on the Court's website and in the Clerk's Office.

(2)     The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(3)     All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(4)     The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions. Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted. Depositions must be noticed at least 30 days prior to the close of fact discovery.

(5)    A further case management conference is scheduled for February 10, 2027, at 1:30 p.m. via Zoom video.  An updated joint case management conference statement is due fourteen days before the case management conference.  The statement need not repeat the information in previous statements.

IT IS FURTHER ORDERED that this case is referred to mediation with the Court's ADR Program.   By October 8, 2026, the parties shall hold an initial ADR session with the selected meidator.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Deadline |
| --- | --- |
| Initial case management conference held | June 10, 2026 |
| Deadline to request leave to amend pleadings per Fed. R. Civ. P. 15 | August 5, 2026 |
| Deadline to complete initial mediation session | October 8, 2026 |
| Mid-discovery case management statement | October 15, 2026 |
| Further case management conference | February 10, 2027 |
| Close of fact discovery | March 10, 2027 |
| Expert witness disclosure (initial) | April 10, 2027 |
| Expert witness disclosure (rebuttal) | May 7, 2027 |
| Close of expert discovery | July 10, 2027 |
| Close of briefing on dispositive and *Daubert* motions | September 18, 2027 |
| Last day to hear dispositive and *Daubert* motions[1] | October 13, 2027 |
| Pretrial Conference | February 2, 2028 |
| Jury Trial (est. 5-7 days) | March 6, 2028 |

The parties may not modify these dates without leave of court.  Civil L.R. 6-1(b); Fed. R.

[1] Briefing on dispositive and related *Daubert* motions must close at least 28 days before the hearing date.

2

United States District Court
Northern District of California

Civ. P. 16(b)(4).

**IT IS SO ORDERED.**

Dated: June 10, 2026

Eumi K. Lee
United States District Judge