UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Frier, et al., | Case No. 26-cv-01367-EKL |
| Plaintiff, | |
| v. | **NOTICE OF APPOINTMENT OF MEDIATOR** |
| State of California, et al., | |
| Defendant. | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Randolph W. Hall
> Randolph W. Hall, Mediation and Case Evaluation
> 145 Mitey Mite Lane
> El Sobrante, CA 94803
> 510-599-3014
> ranwhall@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
26-cv-01367-EKL

United States District Court
Northern District of California

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 26, 2026

MARK B. BUSBY
Clerk of Court
by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
26-cv-01367-EKL                                2