UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kenneth Frier, et al.

Plaintiff(s),

v.

State of California, et al.

Defendant(s).

Case No. 5:26-cv-01367-EKL

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☑ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: July 10 , 20 26    NAME: Hang D. Le

/s/ Hang D. Le
*Signature*

COUNSEL FOR
(OR "PRO SE"): Plaintiffs Kenneth Frier and Laura Casas Frier