LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (SBN 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
Tel:     (818) 347-3333
Fax:     (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
John Fattahi, Esq. (SBN 247625)
jfattahi@gmail.com
21250 Hawthorne Blvd., Suite 500
Torrance, CA 90503
Tel:     (424) 999-5579

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, deceased; and LAURA CASAS FRIER, individually and as successor in interest to MICHAEL FRIER, deceased,<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; FALCON CRITICAL CARE TRANSPORT, LLC; OFFICER BARNHART (BADGE # 23032); VIRGIL FARRIS; CYRUS GHORBANI; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:26-cv-01367-EKL<br><br>**STIPULATION AND REQUEST TO CONTINUE DEADLINE TO REQUEST LEAVE TO AMEND PLEADINGS** |

-1-
STIPULATION AND REQUEST TO CONTINUE DEADLINE TO REQUEST LEAVE TO FILE AMENDED PLEADINGS

**TO THE HONORABLE COURT**:

Plaintiffs Kenneth Frier and Laura Casas Frier, and Defendants State of California and Officer Barnhart ("State Defendants") and Defendants Falcon Care Critical Transport, Virgil Farris, and Cyrus Ghorbani ("Falcon Defendants"), by and through their respective counsel of record, herby submit this Stipulation and Request to continue the deadline to request lave to amend pleadings.

1. On June 10, 2026, the Court issued a Case Management & Scheduling Order setting, among other dates and deadline, the deadline to request leave to amend pleadings as August 5, 2026.

2. On June 10, 2026, Plaintiffs sent out separate Requests for Production of Documents (Set One) to Defendant State of California and Defendant Falcon Critical Care Transport. Pursuant to Rule 34 of the Federal Rules of Civil Procedure, responses to Plaintiffs' Requests were due July 10, 2026.

3. Defendant State requested extension of its deadline to respond to Plaintiffs' Request to July 24, 2026. Plaintiffs agreed to the requested extension.

4. Defendant Falcon requested an extension of its deadline to respond to Plaintiffs' Request to August 14, 2026. Plaintiffs agreed to the requested extension.

5. On July 24, 2026, Defendant State produced investigative documents and videos in response to Plaintiffs' Request.

6. The parties have met and conferred and agree there is good cause to continue the deadline to request leave to file amended pleadings in order to provide Plaintiffs sufficient time to review the documents produced by Defendant State and to review anticipated documents to be produced by Defendant Falcon on or before August 14, 2026 and determine whether it is necessary to request leave to file an amended complaint. Accordingly, the parties agree and stipulate that there is good cause to continue the deadline to request leave to file amended pleadings and request the Court continue the deadline from **August 5, 2026** to **August 19, 2026**.

7. No other case management dates or deadlines are affected by the requested continuance.

IT IS SO STIPULATED.


DATED:  August 5, 2026                    LAW OFFICES OF DALE K. GALIPO
                                          LAW OFFICE OF JOHN FATTAHI



                                          By_____/s/ Hang D. Le_____
                                             Dale K. Galipo
                                             Hang D. Le
                                             John C. Fattahi
                                             Attorneys for Plaintiff



DATED:  August 5, 2026                    ROB BONTA
                                          Attorney General of California



                                          By_____/s/ Donna M. Dean_____
                                             DONNA M. DEAN
                                             Supervising Deputy Attorney General
                                             *Attorneys for Defendants State of California, acing
                                             by and through California Highway Patrol and
                                             Jeremy Barnhart*



DATED:  August 5, 2026                    **MATHENY SEARS LINKERT & JAIME, LLP**



                                          By_____/s/ Jeffrey E. Levine_____
                                             JEFFREY E. LEVINE, ESQ. Attorney for
                                             Defendants, FALCON CRITICAL CARE
                                             TRANSPORT, LLL, VIRGIL FARRIS, and
                                             CYRUS GHORBANI

STIPULATION AND REQUEST TO CONTINUE DEADLINE TO REQUEST LEAVE TO FILE AMENDED PLEADINGS