LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (SBN 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
John Fattahi, Esq. (SBN 247625)
jfattahi@gmail.com
21250 Hawthorne Blvd., Suite 500
Torrance, CA 90503
Tel:    (424) 999-5579

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, deceased; and LAURA CASAS FRIER, individually and as successor in interest to MICHAEL FRIER, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; FALCON CRITICAL CARE TRANSPORT, LLC; OFFICER BARNHART (BADGE # 23032); VIRGIL FARRIS; CYRUS GHORBANI; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:26-cv-01367-EKL<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION AND REQUEST TO CONTINUE DEADLINE TO REQUEST LEAVE TO AMEND PLEADINGS** |

-1-
[~~PROPOSED~~] ORDER

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation and Request to Continue Deadline to Request Leave to Amend Pleadings and GOOD CAUSE appearing therefrom, there Court ORDERS as follows: the deadline to request leave to file amended pleadings is continued from **August 5, 2026** to **August 19, 2026**. No other case management dates or deadlines are affected by this continuance.

IT IS SO ORDERED.

DATED:   August 6, 2026                    _____

                                           HON. EUMI K. LEE
                                           UNITED STATES DISTRICT JUDGE