**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KENNETH FRIER, etc., et al.,

Plaintiffs,

vs.

STATE OF CALIFORNIA; et al.

Defendants.

Case No. 5:26-cv-01367-EKL

**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

The Court, having considered all papers filed in support of and in opposition to Plaintiffs' Motion for Leave to File First Amended Complaint, as well as the arguments of counsel, hereby **GRANTS** the motion and grants Plaintiffs leave to file their First Amended Complaint.

**IT IS SO ORDERED**.

DATED: August 19, 2026

Hon. Eumi K. Lee
United States District Judge