LAW OFFICES OF DALE K. GALIPO
Dale Galipo (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (SBN 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

LAW OFFICE OF JOHN FATTAHI
John Fattahi (SBN 247625)
jfattahi@gmail.com
21250 Hawthorne Blvd, Suite 500
Torrance, CA 90503
Tel: (424) 999-5579

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH FRIER, etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; et al.,<br><br>Defendants. | Case No. 5:26-cv-01367-EKL<br><br>**PLAINTIFFS' RE-NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (Dkt. 27)**<br><br>*Before the Hon. Eumi K. Lee*<br><br>Date: December 2, 2026<br>Time: 10:00 a.m.<br>Ctrm.: 7, 4th Floor, San Jose |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Plaintiffs' Motion for Leave to File First Amended Complaint (Dkt. 27, filed Aug. 19, 2026), previously noticed for a hearing date to be determined, is hereby re-noticed for hearing on December 2, 2026, at 10:00 a.m., in Courtroom 7 (San Jose) of the above-entitled Court, pursuant to the notification by the Courtroom Deputy that this date and time is reserved for the motion.

DATED: August 19, 2026

Law Offices of Dale K. Galipo
Law Office of John Fattahi

s/ John Fattahi
John Fattahi
*Attorney for Plaintiffs*