LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (SBN 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
John Fattahi, Esq. (SBN 247625)
jfattahi@gmail.com
21250 Hawthorne Blvd., Suite 500
Torrance, CA 90503
Tel: (424) 999-5579

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, deceased; and LAURA CASAS FRIER, individually and as successor in interest to MICHAEL FRIER, deceased,<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA; FALCON CRITICAL CARE TRANSPORT, LLC; OFFICER BARNHART (BADGE # 23032); VIRGIL FARRIS; CYRUS GHORBANI; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:26-cv-01367-EKL<br><br>**STIPULATION AND REQUEST TO CONTINUE DEADLINE TO COMPLETE INITIAL MEDIATION SESSION** |

**<u>TO THE HONORABLE COURT</u>**:

Plaintiffs Kenneth Frier and Laura Casas Frier, and Defendants State of California and Officer Barnhart ("State Defendants") and Defendants Falcon Care Critical Transport, Virgil Farris, and Cyrus Ghorbani ("Falcon Defendants"), by and through their respective counsel of record, herby submit this Stipulation and Request to continue the deadline to complete initial mediation session.

1. On June 10, 2026, the Court issued a Case Management & Scheduling Order setting, among other dates and deadline, the deadline to complete initial mediation session as October 8, 2026.

2. On August 13, 2026, the parties participated in a Local Rule 6-6 Initial Call with Court-appointed mediator Randolph W. Hall. The parties discussed the merits of an early mediation session and whether a mediation held by the current initial mediation deadline could be productive. The parties agreed that further discovery, including the depositions of the parties involved and percipient witnesses, needed to be conducted before the parties had sufficient information to evaluate a potential settlement and participate in a productive mediation.

3. The parties further discussed availability for mediation prior to the current mediation deadline during the August 13, 2026 Initial Call and discussed scheduling conflicts that presented difficulty in complying with the dates of which Mr. Hall is available.

4. Accordingly, the parties, with the mediator's support, are in agreement that in order for there to be a productive mediation session, a continuance of the current deadline to complete initial mediation is necessary so that the parties have sufficient time to conduct further discovery and evaluate their position regarding settlement. The parties thus respectfully request that the Court continue the deadline to complete initial mediation session from **October 8, 2026** to **March 24, 2027**.

5. This is the second request by the parties to continue a case management deadline.

6. No other case management dates or deadlines are affected by the requested continuance.

//

//

IT IS SO STIPULATED.

DATED: September 17, 2026

LAW OFFICES OF DALE K. GALIPO
LAW OFFICE OF JOHN FATTAHI

By *`/s/ Hang D. Le`*
Dale K. Galipo
Hang D. Le
John C. Fattahi
Attorneys for Plaintiff

DATED: September 17, 2026

ROB BONTA
Attorney General of California

By *`/s/ Donna M. Dean`*
DONNA M. DEAN
Supervising Deputy Attorney General
*Attorneys for Defendants State of California, acing by and through California Highway Patrol and Jeremy Barnhard (erroneously sued as "Officer Barnhart")*

DATED: September 17, 2026

**MATHENY SEARS LINKERT & JAIME, LLP**

By *`/s/ Jeffrey E. Levine`*
JEFFREY E. LEVINE, ESQ. Attorney for Defendants, FALCON CRITICAL CARE TRANSPORT, LLL, VIRGIL FARRIS, and CYRUS GHORBANI