LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (SBN 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
John Fattahi, Esq. (SBN 247625)
jfattahi@gmail.com
21250 Hawthorne Blvd., Suite 500
Torrance, CA 90503
Tel: (424) 999-5579

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, deceased; and LAURA CASAS FRIER, individually and as successor in interest to MICHAEL FRIER, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; FALCON CRITICAL CARE TRANSPORT, LLC; OFFICER BARNHART (BADGE # 23032); VIRGIL FARRIS; CYRUS GHORBANI; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:26-cv-01367-EKL<br><br>**~~[PROPOSED]~~ ORDER RE: STIPULATION AND REQUEST TO CONTINUE DEADLINE TO COMPLETE INITIAL MEDIATION SESSION** |

**~~[PROPOSED]~~ ORDER**

Having reviewed the parties' Stipulation and Request to Continue Deadline to Complete Initial Mediation Session and GOOD CAUSE appearing therefrom, there Court ORDERS as follows: the deadline to complete the initial mediation session is continued from **October 8, 2026 to March 24, 2027**. No other case management dates or deadlines are affected by this continuance.

IT IS SO ORDERED.

DATED: September 21, 2026

HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE