AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, deceased; and LAURA CASAS FRIER, individually and as successor in interest to MICHAEL FRIER, deceased,

*Plaintiff(s)*

v.

STATE OF CALIFORNIA; FALCON CRITICAL CARE TRANSPORT, LLC; OFFICER JEREMY BARNHART; OFFICER MIGUEL DUQUE; OFFICER LANCE WINFIELD; VIRGIL FARRIS; CYRUS GHORBANI; and ~~DOES 3-20, inclusive,~~

*Defendant(s)*

Civil Action No. 5:26-cv-01367-EKL

## SUMMONS IN A CIVIL ACTION
## FOR FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)* STATE OF CALIFORNIA; FALCON CRITICAL CARE TRANSPORT, LLC; OFFICER JEREMY BARNHART; OFFICER MIGUEL DUQUE; OFFICER LANCE WINFIELD; VIRGIL FARRIS; CYRUS GHORBANI; ~~and DOES 3-20, inclusive~~

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Email: dalekgalipo@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

Date: 09/25/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. **5:26-cv-01367**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **OFFICER MIGUEL DUQUE**
**was received by me on September 25, 2026**

☐ I personally served the on the individual at on

☐ I left the SUMMONS IN A CIVIL ACTION FOR FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT;STANDING ORDER FOR CIVIL CASES BEFORE JUDGE EUMI K. LEE;ORDER RE: STIPULATION AND REQUEST TO CONTINUE DEADLINE TO COMPLETE INITIAL MEDIATION SESSION;CASE MANAGEMENT & SCHEDULING ORDER;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;Notice of Electronic Filing dated June 10, 2026; Notice of Electronic Filing dated February 18, 2026 re CLERK'S NOTICE RESETTING CASE MANAGEMENT DEADLINES FOLLOWING REASSIGNMENT; Notice of Electronic Filing dated February 18, 2026 re ORDER REASSIGNING TEXT; Notice of Electronic Filing dated February 18, 2026 re CASE REFERRED; Notice of Electronic Filing dated February 18, 2026 re CLERK'S NOTICE OF IMPENDING REASSIGNING TO A U.S. DISTRICT COURT JUDGE;CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; at 861 W. Morton Ave , PORTERVILLE, CA with Emily "Doe", Subpoena Coordinator, authorized person to accept service of process ,a person of suitable age and discretion who resides there, on *(date) September 28, 2026* , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION FOR FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; STANDING ORDER FOR CIVIL CASES BEFORE JUDGE EUMI K. LEE; ORDER RE: STIPULATION AND REQUEST TO CONTINUE DEADLINE TO COMPLETE INITIAL MEDIATION SESSION; CASE MANAGEMENT & SCHEDULING ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; Notice of Electronic Filing dated June 10, 2026; Notice of Electronic Filing dated February 18, 2026 re CLERK'S NOTICE RESETTING CASE MANAGEMENT DEADLINES FOLLOWING REASSIGNMENT; Notice of Electronic Filing dated February 18, 2026 re ORDER REASSIGNING TEXT; Notice of Electronic Filing dated February 18, 2026 re CASE REFERRED; Notice of Electronic Filing dated February 18, 2026 re CLERK'S NOTICE OF IMPENDING REASSIGNING TO A U.S. DISTRICT COURT JUDGE; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION at 861 W. Morton Ave, Porterville, CA 93257 to **Emily "Doe" (White female, 25 yrs., 5'7", 125 lbs., blonde hair), Subpoena Coordinator, authorized person to accept service of process,** who is designated by law to accept service of process on behalf of **OFFICER MIGUEL DUQUE** on **September 28, 2026 at 11:21 AM**

☐ other *(specify)*:

*My fees are $ for travel and $ for services, for a total of $ 218.18*

*I declare under penalty of perjury that this information is true.*

*Date:* **10/2/2026**

*Server's signature*

**Harry Perez**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.: 18603 / County: TULARE**
*Server's Address*

KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, deceased, vs. STATE OF CALIFORNIA

A0440-2643755

Additional information regarding attempted service, etc.: