LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (SBN 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
John Fattahi, Esq. (SBN 247625)
jfattahi@gmail.com
21250 Hawthorne Blvd., Suite 500
Torrance, CA 90503
Tel: (424) 999-5579

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KENNETH FRIER, individually and as successor in interest to MICHAEL FRIER, deceased; and LAURA CASAS FRIER, individually and as successor in interest to MICHAEL FRIER, deceased,

Plaintiffs,

vs.

STATE OF CALIFORNIA; FALCON CRITICAL CARE TRANSPORT, LLC; OFFICER BARNHART (BADGE # 23032); VIRGIL FARRIS; CYRUS GHORBANI; and DOES 1-20, inclusive,

Defendants.

Case No. 5:26-cv-01367-EKL

**MID-DISCOVERY CASE MANAGEMENT STATEMENT**

**TO THE HONORABLE COURT**:

Plaintiffs Kenneth Frier and Laura Casas Frier, and Defendants State of California and Officer Jeremy Barnhart ("State Defendants") and Defendants Falcon Care Critical Transport, Virgil Farris, and Cyrus Ghorbani ("Falcon Defendants"), by and through their respective counsel of record, herby submit this Mid-Discovery Case Management Statement pursuant to the Court's June 10, 2026 Case Management and Scheduling Order (Doc. No. 21).

The parties have exchanged written discovery, including initial disclosures, discovery requests, and responses to discovery requests. The parties have produced documents in response to discovery requests and are in the process of meeting and conferring regarding additional records sought by Plaintiffs. The parties have also issued subpoenas and received third-party records that are pertinent to the issues in this case. The parties also intend on meeting and conferring in the near future to set depositions of the involved-parties as well as third-party witnesses.

Plaintiffs filed a First Amended Complaint on September 22, 2026, naming two additional individual defendants: California Highway Patrol Officers Michael Duque and Lance Winfield. Defendant Officer Michael Duque was served on September 28, 2026. State Defendants, Officer Michael Duque, and Falcon Defendants filed their respective Answer to Plaintiff's First Amended Complaint on October 6, 2026. Plaintiffs are still in the process of serving Defendant Officer Lance Winfield.

The parties agree that there are no issues that needs to be addressed by the Court at this time and therefore agree that a mid-discovery conference is not needed.

//

//

//

//

//

//

//

//

Respectfully submitted,

DATED: October 16, 2026

LAW OFFICES OF DALE K. GALIPO
LAW OFFICE OF JOHN FATTAHI

By *_/s/ Hang D. Le_*
Dale K. Galipo
Hang D. Le
John C. Fattahi
Attorneys for Plaintiffs

DATED: October 16, 2026

ROB BONTA
Attorney General of California

By *_/s/ Donna M. Dean_*
DONNA M. DEAN
Supervising Deputy Attorney General
*Attorneys for Defendants State of California, acing by and through California Highway Patrol and Jeremy Barnhard (erroneously sued as "Officer Barnhart")*

DATED: October 16, 2026

**MATHENY SEARS LINKERT & JAIME, LLP**

By *_/s/ Jeffrey E. Levine_*
JEFFREY E. LEVINE, ESQ. Attorney for Defendants, FALCON CRITICAL CARE TRANSPORT, LLL, VIRGIL FARRIS, and CYRUS GHORBANI